# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                                 **Case Number**   13–35999–KLP
                                                                              **Chapter**   13

Sandra Elizabeth Russell

                                       Debtor(s)

**\*\*Hearing Notice regenerated to show correct hearing type.\*\* <u>NOTICE TO SHOW CAUSE</u>**

| | | |
|---|---|---|
| **TO:** | *Debtor(s)* | Sandra Elizabeth Russell, PO Box 23<br>Ladysmith, VA 22501 |
| | *Attorney for Debtor(s)* | Roger C Hurwitz, The Debt Law Group, PLLC<br>Box 10<br>4036 Plank Road<br>Fredericksburg, VA 22407 |
| | *Trustee* | Robert E. Hyman, P.O. Box 1780<br>Richmond, VA 23218–1780 |
| | *United States Trustee* | 701 East Broad Street, Suite 4304, Richmond, VA, 23219 |

The automatic dismissal of the above–referenced case having been suspended pursuant to Local Bankruptcy Rule 1017–3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* February 5, 2014
*Time:* 12:00 PM
*Location:* Judge Phillips' – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*11* – Certification of Failure to Commence Payments . (Stewart, Sandra)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ is due and owing to the Clerk of Court.

Dated:   January 14, 2014                        William C. Redden, Clerk
                                                                  United States Bankruptcy Court

                                                                  By: <u>/s/Kay Alley</u>, Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:
Sandra Elizabeth Russell
    Debtor

Case No. 13-35999-KLP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: alleyk     Page 1 of 1     Date Rcvd: Jan 14, 2014
                   Form ID: showcaus     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2014.
db         +Sandra Elizabeth Russell,    PO Box 23,    Ladysmith, VA 22501-0023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2014 at the address(es) listed below:
             Robert E. Hyman    station08@ricva.net,   ecfsummary@ricva.net
             Roger C Hurwitz    on behalf of Debtor Sandra Elizabeth Russell rchurwitz@gmail.com, courtneyjeanclay@gmail.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;algplank@gmail.com
                                                                                TOTAL: 2